| | |
|---|---|
| Kathryn G. Spelman, Esq. (Cal. Bar No. 154512) <br> Daniel H. Fingerman, Esq. (Cal. Bar No. 229683) <br> Mount, Spelman & Fingerman, P.C. <br> RiverPark Tower, Suite 1650 <br> 333 West San Carlos Street <br> San Jose CA  95110-2740 <br> Phone: (408) 279-7000 <br> Fax:     (408) 998-1473 <br> Email: kspelman@mount.com, <br> dfingerman@mount.com <br><br> Counsel for San Francisco Technology Inc. | ANDREW VALENTINE, Bar No. 162094 <br> andrew.valentine@dlapiper.com <br> ALAN A. LIMBACH, Bar No. 173059 <br> alan.limbach@dlapiper.com <br> ERIK R. FUEHRER, Bar No. 252578 <br> erik.fuehrer@dlapiper.com <br> DLA PIPER LLP (US) <br> 2000 University Avenue <br> East Palo Alto, CA  94303-2214 <br> Tel: 650.833.2000 <br> Fax: 650.833.2001 <br><br> Attorneys for Defendant <br> THE BRITA PRODUCTS COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BRITA PRODUCTS COMPANY, <br><br> Defendant. | CASE NO.  5:10-cv-01648-PJH <br><br> **STIPULATION TO EXTEND DATE FOR CASE MANAGEMENT HEARING AND [PROPOSED] ORDER** <br>  AS MODIFIED BY THE COURT |

-1-
STIPULATION TO EXTEND DATE FOR CASE MANAGEMENT HEARING AND
[PROPOSED] ORDER; CASE NO.  5:10-CV-01648-PJH

DLA PIPER LLP (US)
EAST PALO ALTO

Plaintiff San Francisco Technology Inc. ("SF Tech") and defendant The Brita Products Company ("Brita"), hereby submit this Stipulation and [Proposed] Order to extend the date for the case management hearing in this action. The Parties stipulate as follows:

1. A case management conference (CMC) in this case is currently set for March 31, 2011 at 1:00 p.m.

2. Andrew Valentine, lead trial counsel for Brita, is working on an international pro bono project in Namibia drafting a legal manual for use by legal professionals and paralegals (www.NewPerimeter.com). On short notice (the need to travel only came up in that last several days), Mr. Valentine is required to travel to Namibia beginning March 28, 2011.

3. Mr. Valentine has reached out to counsel for SF Tech concerning this issue and (subject to the Court's approval) the parties have agreed to extend the time for the CMC.

4. Because of the nature of the case, and in the interest of preventing delay and in an effort to comply with the Court's rules, the parties have agreed upon the following schedule in the interim:

| **Date** | **Event** |
|---|---|
| April 14, 2011 | Deadline for parties to serve initial disclosures |
| April 25, 2011 | Deadline for Brita to file its renewed motions to dismiss |
| June 1, 2011 | Deadline for SF Tech to file its oppositions to Brita's renewed motions to dismiss |
| June 8, 2011 July 6, 2011 at 9:00 a.m. | Deadline for Brita to file reply briefs in support of its renewed motions to dismiss |
| ~~June 22, 2011, 2:00 p.m.~~ (if the Court's schedule permits) | Hearing on Brita's renewed motions to dismiss |

5. The parties are aware that the Court is not available to hold a CMC until May 2011 and request that the Court reschedule the CMC in this action for the next available date. If the Court agrees, the parties also believe that the CMC could be held at the same time as the hearing on Brita's motions to dismiss.

6. Mr. Valentine also has discussed this issue with counsel for Just Intellectuals, PLLC in the related case titled *Just Intellectuals, PLLC v. The Clorox Company*, Case No. 4:10-cv-05739 and is seeking a similar stipulation in that case.

-2-
STIPULATION TO EXTEND DATE FOR CASE MANAGEMENT HEARING AND [PROPOSED] ORDER; CASE NO. 5:10-CV-01648-PJH

DLA PIPER LLP (US)
EAST PALO ALTO

7. If the CMC proceeds on March 31, 2011 as currently scheduled, Alan Limbach and Erik Fuehrer would attend for Brita. Both Mr. Limbach and Mr. Fuehrer have authority from Brita to agree to a schedule, are very familiar with false marking cases, and have a working relationship with plaintiff's counsel.

In accordance with General Order 45.X.B., Erik R. Fuehrer, counsel for The Brita Product Company, attests that each other signatory listed below has concurred in this filing.

IT IS SO STIPULATED.

Dated: March 25, 2011

DLA PIPER LLP (US)

By /s/ Andrew Valentine
ANDREW P. VALENTINE
ALAN LIMBACH
ERIK R. FUEHRER
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax: 650-833-2001

Attorneys for Defendant,
THE BRITA PRODUCTS COMPANY

Dated: March 25, 2011                MOUNT, SPELMAN & FINGERMAN, P.C.

By /s/ Daniel Fingerman
KATHRYN G. SPELMAN
DANIEL H. FINGERMAN
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA  95110-2740
Tel: 408-279-7000
Fax: 408-998-1473

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The case management conference is
2  VACATED and will be rescheduled after the ruling on the motion to dismiss. The hearing on the
   motion to dismiss will be held on July 6, 2011 at 9:00 a.m.
3  Date: 3/28/11

4  _____
   Honorable Phyllis J. Hamilton, U.S. District Judge



-4-
STIPULATION TO EXTEND DATE FOR CASE MANAGEMENT HEARING AND
[PROPOSED] ORDER; CASE NO. 5:10-CV-01648-PJH