Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
          blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, Oakland Division

| San Francisco Technology Inc. | Case No. 4:10-cv-1648-PJH-HRL |
|---|---|
| Plaintiff | **Stipulation and [Proposed] Order to Continue Motion Hearing and Briefing to Allow Time For Settlement** |
| vs. | |
| | Date:   July 6, 2011 |
| The Brita Products Company | Time:   9:00 a.m. |
| | Room:  Courtroom 3, 17th Floor |
| Defendant | Judge:  Phyllis J. Hamilton |

1  The parties stipulation and request that the court enter an order as follows:

2  1. The parties have reached a settlement which would result in the dismissal of this case and avoid the need for motion practice. The parties request a continuance of dates relating to pending motions to allow time for a formal settlement agreement to be executed.

2. Defendant Brita filed a motion to dismiss (Docket No. 22) on April 14, 2011 which remains pending. In an order entered upon an earlier stipulation (Docket No. 21), the court set the following schedule for that motion:

    a. Opposition: Wednesday, June 1, 2011

    b. Reply: Wednesday, June 8, 2011

    c. Hearing: Wednesday, July 6, 2011 at 9:00 a.m.

3. The parties request that the court continue the opposition and reply date of the above dates to allow time for the parties to execute a formal written settlement agreement and dismiss this case. The parties request that the following dates be applied:

    a. Opposition: Wednesday, June 15, 2011

    b. Reply: Wednesday, June 22, 2011

    c. Hearing (unchanged): Wednesday, July 6 2011 at 9:00 a.m.

The above-proposed schedule still provides the Court with full briefing two full weeks prior to the hearing (pursuant to the Local Rules).

In accordance with General Order 45.X.B., Daniel H. Fingerman, counsel for SF Tech, attests that each other signatory listed below has concurred in this filing.

Date: June 1, 2011  Mount, Spelman & Fingerman, P.C.,

    /s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

Date: June 1, 2011  DLA Piper LLP (US)

    /s/ Andrew P. Valentine
The Brita Products Company

Pursuant to stipulation, it is so ordered.

Date: 6/2/11

Phyllis J. Hamilton, U.S. District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: June 1, 2011                              Mount, Spelman & Fingerman, P.C.,

                                                             /s/ Daniel H. Fingerman
                                                Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False001\Attorney_Notes\Drafts\Brita\Stipulation to Continue Hearing & Briefing.doc